IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:14-CR-284 |
| | § | |
| JOSE ERNESTO MELENDEZ | § | |

## ORDER

BE IT REMEMBERED on this 12th day of August, 2014, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed April 30, 2014, wherein the defendant Jose Ernesto Melendez waived appearance before this Court and appeared before the United States Magistrate Judge Ignacio Torteya, III for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jose Ernesto Melendez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Jose Ernesto Melendez guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1).

Signed this 12th day of August, 2014.

Andrew S. Hanen
United States District Judge